**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| REBECCA BLY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No. 1:07-cv-00439-JR<br><br>**CLASS ACTION** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jennifer L. Giordano, with the law firm of Latham & Watkins LLP, appears as counsel of record for defendants ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively, "AMD") in the above-captioned matter. This appearance is solely for purposes of filing a consent motion to extend the time for AMD and Nvidia Corporation to answer or otherwise respond to the complaint in this matter and is not intended to waive and does not waive any defenses that AMD may have to the complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: March 30, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ Jennifer L. Giordano

Margaret M. Zwisler (D.C. Bar # 245951)
Jennifer L. Giordano (D.C. Bar # 496746)
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: jennifer.giordano@lw.com

Attorneys for Defendants
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.

DC\972600.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007 a true and correct copy of the forgoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Paper copies have been sent by U.S. Mail, first class delivery, to the following counsel of record:

    Craig Guthery
    COOLEY GODWARD KRONISH LLP
    1200 19th Street, NW
    5th Floor
    Washington, DC 20036
    Telephone: (202) 842-7800
    Facsimile: (202) 842-7899

    Donna F. Solen
    THE MASON LAW FIRM, LLP
    1225 19th Street, NW
    Suite 500
    Washington, DC 20036
    Telephone: 202-429-2290

    Daniel R. Karon
    GOLDMAN SCARLATO & KARON, P.C.
    55 Public Square, Suite 1500
    Cleveland, OH 44113
    Telephone: (216) 622-1851

    Krishna B. Narine
    LAW OFFICES OF KRISHNA B. NARINE
    7893 Montgomery Avenue, Suite 300
    Elkins Park, PA 19027
    Telephone: (215) 782-3240

    Isaac L. Diel
    SHARP MCQUEEN MCKINLEY MCQUEEN & DODGE, PA
    Financial Plaza
    6900 College Boulevard, Suite 285
    Overland Park, KS 66211
    Telephone: (913) 661-9931

Gordon Ball
BALL & SCOTT
Bank of America Center, Suite 750
550 Main Street
Knoxville, TN 37902
Telephone: (865) 525-7028

                                      _____Jennifer L. Giordano_____