UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA BLY, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>NVIDIA CORPORATION<br>2701 San Thomas Expressway<br>Santa Clara, CA 95050;<br><br>ATI TECHNOLOGIES, INC.<br>1 Commerce Valley Drive East<br>Markham, Ontario Canada L3T 7X6; and<br><br>ADVANCED MICRO DEVICES, INC.<br>One AMD Place<br>P.O. Box 3453<br>Sunnyvale, CA 94088-3453,<br><br>            Defendants. | **Case No.  1:07-cv-00439-JR**<br><br><u>**CLASS ACTION**</u> |

<u>**CONSENT MOTION TO ENLARGE THE TIME**</u>
<u>**FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT**</u>

Defendants Nvidia Corporation ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively, "AMD"), with the consent of Plaintiff Rebecca Bly ("Plaintiff"), hereby move the Court, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, for an order enlarging the time for Nvidia and AMD to respond to the complaint in this action and to postpone any conference or scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3.  This motion is not intended to waive any defenses that Nvidia and AMD may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction.  The grounds for this motion are as follows:

1. On March 6, 2007, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1 and state law. Plaintiff styled the Complaint as a putative class action.

2. As of the date of this consent motion, at least 43 other complaints have been filed in other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

3. On December 8, 2006, plaintiffs in some of the other actions pending in the Northern District of California filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in the Northern District of California all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion"). On January 16, 2007, AMD and Nvidia filed a response with the JPML proposing that the Panel consolidate these actions in the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division.

4. Oral argument on the JPML Motion took place on March 29, 2007 in San Antonio, Texas. The parties agree that the JPML is likely to order transfer and consolidation of these actions.

5. In light of the multiplicity of complaints on file and the pending motion before the JPML, Nvidia and AMD hereby move, with Plaintiff's consent, to extend the time for Nvidia and AMD to answer or otherwise respond to the Complaint to 30 days (1) after the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

6. Nvidia and AMD also move, with Plaintiff's consent, that the Court not schedule a conference or issue a scheduling order pursuant to Federal Rule of Civil Procedure 16

or LCvR 16.3, until the order resolving the JPML motion is issued and it is determined whether this action will remain pending in this district.

       7.     In accordance with LCvR 7(m), counsel for AMD conferred with counsel for Plaintiff prior to filing this motion and was advised that Plaintiff consents to and believes there is good cause for all of the relief requested in this motion and the entry of the attached proposed order.

Dated: March 30, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ Jennifer L. Giordano

Margaret M. Zwisler (D.C. Bar # 245951)
Jennifer L. Giordano (D.C. Bar # 496746)
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendants
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.

COOLEY GODWARD KRONISH LLP

By:   /s/ Craig Guthery

Craig Guthery (D.C. Bar # 464764)
1200 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
NVIDIA CORPORATION

Consented to,

THE MASON LAW FIRM, LLP

By: /s/ Donna F. Solen

Donna F. Solen (D.C. Bar # 465098)
1225 19th Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Attorneys for Plaintiff REBECCA BLY

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007 a true and correct copy of the forgoing Consent Motion to Enlarge the Time for All Defendants to Respond to the Complaint and Proposed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Paper copies have been sent by U.S. Mail, first class delivery, to the following counsel of record:

Craig Guthery
COOLEY GODWARD KRONISH LLP
1200 19th Street, NW
5th Floor
Washington, DC 20036
 Telephone: (202) 842-7800
 Facsimile: (202) 842-7899

Donna F. Solen
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036
Telephone: 202-429-2290

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113
Telephone: (216) 622-1851

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone: (215) 782-3240

Isaac L. Diel
SHARP MCQUEEN MCKINLEY MCQUEEN & DODGE, PA
Financial Plaza
6900 College Boulevard, Suite 285
Overland Park, KS 66211
Telephone: (913) 661-9931

Gordon Ball
BALL & SCOTT
Bank of America Center, Suite 750
550 Main Street
Knoxville, TN 37902
Telephone: (865) 525-7028

                              /s/ Jennifer L. Giordano

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA BLY, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>        Defendants. | Case No.  1:07-cv-00439-JR<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO ENLARGE THE TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT**

      This matter comes before the Court upon Defendants Nvidia Corporation ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices, Inc.'s (collectively, "AMD") motion to enlarge the time for Nvidia and AMD to respond to the complaint in this action and to postpone any conference or scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3.  Plaintiff Rebecca Bly consents to the relief requested in the motion and the entry of this order.

      Upon consideration of the Consent Motion to Enlarge the Time for All Defendants to Respond to the Complaint (the "Motion") and good cause having been shown, the Motion is hereby GRANTED in its entirety.

      The time for Nvidia and AMD to answer or otherwise respond to the complaint is extended until 30 days (1) after the order resolving the motion, filed on December 8, 2006, before the Judicial Panel on Multidistrict Litigation (the "JPML Motion"), and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint.   The Court will

not schedule a conference or issue a scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3 until the order resolving the JPML Motion is issued and it is determined whether this action will remain pending in this district.

    SO ORDERED.


DATE: _____             JAMES ROBERTSON
                                           UNITED STATES DISTRICT JUDGE

NOTICE OF ENTRY OF THIS ORDER SHALL BE SENT TO:

Margaret M. Zwisler
Jennifer L. Giordano
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200

Craig Guthery
COOLEY GODWARD KRONISH LLP
1200 19th Street, NW
5th Floor
Washington, DC 20036
 Telephone: (202) 842-7800
 Facsimile: (202) 842-7899

Donna F. Solen
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036
Telephone: 202-429-2290

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113
Telephone: (216) 622-1851

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone: (215) 782-3240

Isaac L. Diel
SHARP MCQUEEN MCKINLEY MCQUEEN & DODGE, PA
Financial Plaza
6900 College Boulevard, Suite 285
Overland Park, KS 66211
Telephone: (913) 661-9931

Gordon Ball
BALL & SCOTT
Bank of America Center, Suite 750
550 Main Street
Knoxville, TN 37902
Telephone: (865) 525-7028