**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

REBECCA BLY, on behalf of
herself and all others similarly situated,

        Plaintiff,

    v.

NVIDIA CORPORATION;
ATI TECHNOLOGIES, INC.; and
ADVANCED MICRO DEVICES, INC.,

        Defendants.

**Case No.  1:07-cv-00439-JR**

**CLASS ACTION**

### CERTIFICATE OF ADVANCED MICRO DEVICES, INC. REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for defendant Advanced Micro Devices, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Advanced Micro Devices, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: March 30, 2007

        Respectfully submitted,

        LATHAM & WATKINS LLP

By:   /s/ Jennifer L. Giordano

        Margaret M. Zwisler (D.C. Bar # 245951)
        Jennifer L. Giordano (D.C. Bar # 496746)
        555 Eleventh Street, NW
        Washington, DC 20004-1304
        Telephone:  (202) 637-2200
        Facsimile:  (202) 637-2201

        Attorneys for Defendant
        ADVANCED MICRO DEVICES, INC.

DC\972586.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007 a true and correct copy of the forgoing Certificate

of Advanced Micro Devices, Inc. Required by LCvR 7.1 of the Local Rules of the United States

District Court for the District of Columbia.  Notice of this filing will be sent by operation of the

Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties

may access this filing through the Court's electronic filing system.  Paper copies have been sent

by U.S. Mail, first class delivery, to the following counsel of record:

> Craig Guthery
> COOLEY GODWARD KRONISH LLP
> 1200 19th Street, NW
> 5th Floor
> Washington, DC 20036
>  Telephone: (202) 842-7800
>
> Donna F. Solen
> THE MASON LAW FIRM, LLP
> 1225 19th Street, NW
> Suite 500
> Washington, DC 20036
> Telephone: 202-429-2290
>
> Daniel R. Karon
> GOLDMAN SCARLATO & KARON, P.C.
> 55 Public Square, Suite 1500
> Cleveland, OH 44113
> Telephone:  (216) 622-1851
>
> Krishna B. Narine
> LAW OFFICES OF KRISHNA B. NARINE
> 7893 Montgomery Avenue, Suite 300
> Elkins Park, PA 19027
> Telephone:  (215) 782-3240
>
> Isaac L. Diel
> SHARP MCQUEEN MCKINLEY MCQUEEN & DODGE, PA
> Financial Plaza
> 6900 College Boulevard, Suite 285
> Overland Park, KS 66211
> Telephone: (913) 661-9931

DC\972586.1

Gordon Ball
BALL & SCOTT
Bank of America Center, Suite 750
550 Main Street
Knoxville, TN 37902
Telephone: (865) 525-7028

/s/ Jennifer L. Giordano