# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA BLY, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>  Defendants. | Case No. 1:07-cv-00439-JR<br><br>**CLASS ACTION** |

## CERTIFICATE OF ATI TECHNOLOGIES ULC REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for defendant ATI Technologies ULC, certify that to the best of my knowledge and belief, the following is the only ultimate parent company of ATI Technologies ULC which has any outstanding securities in the hands of the public: Advanced Micro Devices, Inc. To the best of my knowledge and belief, there are no subsidiaries or affiliates of ATI Technologies ULC which have any outstanding securities in the hands of the public. These representations are made in order that the judges of this court may determine the need for recusal.

Dated: March 30, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jennifer L. Giordano

Margaret M. Zwisler (D.C. Bar # 245951)
Jennifer L. Giordano (D.C. Bar # 496746)
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendant
ATI TECHNOLOGIES ULC

DC\972579.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007 a true and correct copy of the forgoing Certificate of ATI Technologies ULC Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.  Paper copies have been sent by U.S. Mail, first class delivery, to the following counsel of record:

>Craig Guthery
>COOLEY GODWARD KRONISH LLP
>1200 19th Street, NW
>5th Floor
>Washington, DC 20036
> Telephone: (202) 842-7800
>
>Donna F. Solen
>THE MASON LAW FIRM, LLP
>1225 19th Street, NW
>Suite 500
>Washington, DC 20036
>Telephone: 202-429-2290
>
>Daniel R. Karon
>GOLDMAN SCARLATO & KARON, P.C.
>55 Public Square, Suite 1500
>Cleveland, OH 44113
>Telephone:  (216) 622-1851
>
>Krishna B. Narine
>LAW OFFICES OF KRISHNA B. NARINE
>7893 Montgomery Avenue, Suite 300
>Elkins Park, PA 19027
>Telephone:  (215) 782-3240
>
>Isaac L. Diel
>SHARP MCQUEEN MCKINLEY MCQUEEN & DODGE, PA
>Financial Plaza
>6900 College Boulevard, Suite 285
>Overland Park, KS 66211
>Telephone: (913) 661-9931

Gordon Ball
BALL & SCOTT
Bank of America Center, Suite 750
550 Main Street
Knoxville, TN 37902
Telephone: (865) 525-7028

/s/ Jennifer L. Giordano